Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Corita Yvonne Burnett** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case Number: 22-1111 |
| | ) |
| Segal | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus under 28 U.S.C. 2241 is summarily dismissed.

**Dated: 6/14/22**

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court
